# ARLINGTON COUNTY POLICE DEPARTMENT

## Property Retrieval Process

This is notice that the Police Department has taken custody of your personal property for Safekeeping or Evidence purposes. The below information is provided to assist you in retrieving that property.

**Safekeeping of Personal Property**

If your property has been taken for Safekeeping, notification will be sent to the address you have provided below. If the property being held for safekeeping is not retrieved within 60 days of the notification being sent, the property is subject to disposal.

**Personal Property as Evidence**

If your property has been taken as Evidence, the Police Department will maintain custody of that property until a final disposition of the criminal case has been reached. The final disposition of a case means that all court proceedings and/or appeals processes have been exhausted.

Once the criminal case has reached a final disposition, the property **does not** automatically become available for retrieval.   It is your responsibility to facilitate the release of the property.

Facilitating the release of property being held for evidence is accomplished by having the release authorization delivered to the Police Department's Property Management Unit (PMU) by the assigned Officer or the Commonwealth Attorney's Office.

You are able to retrieve the property once the release authorization has been received by the PMU. Sixty (60) days after the receipt of the authorization, if the property has not been retrieved, notification will be sent to the address you have provided below. If the property being held is not retrieved within 60 days of the notification, the property is subject to disposal.

**It is the property owner's responsibility to notify the Arlington County Police Department Property Management Unit of any change of address while the personal property is being secured and it is the property owner's responsibility to facilitate its release.**

The Police Department takes no responsibility for, or commitment to, any personal property not retrieved within the prescribed time limit.

If you have any questions regarding these procedures,  please contact the Property Management Unit at (703) 228-4262 or (703) 228-4265.

Agency Case Number: _2020 -02096158_

Name: (Print Clearly) _WELLS, CURTIS LEVAR JR_

Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

_ALEXANDRIA, VA 22312_

Signature & Date. _X_

Officer Name / DID and Date: _OFC. J. FUENTES #16666   2/9/2020_

White-With Property Sheet                    Yellow-Officer                    Pink-Owner

2C20-100 Rev 7/2015

## EXHIBIT
## 1