~~Broo~~ Dear,

During my outprocessing I've had an extra SAPI Plate. ~~[crossed out]~~ When everyone was moving the (my) belongings from the barracks room to the hallway so that Plate was in the belongings. I ended up with that plate and instead of giving it back to the military I kept the plate in my possession. I had no intent of stealing the plate or doing this as a disservice to you, I only kept it in my possession because I didn't want to put in the time and energy to return it. I had no realization until now this may be your plate and am more than willing to return the plate to you. I'm sorry if this has caused you any grief and I hope you'd let me give it back to you whenever's convenient for you. Thanks brother

— Wells

EXHIBIT 3