# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| **CURTIS LEVAR WELLS, JR.,** ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> **JAVIER FUENTES,** et al., ) <br> Defendants ) <br>  ) | Case No. 1:22-cv-00140-MSN-IDD |

## MOTION FOR DEFAULT JUDGMENT

COMES NOW Plaintiff, Curtis Wells, by and through counsel, and, pursuant to Fed. R. Civ. P. 55, to move the Court for entry of default judgment against Defendant Michael P. Armstrong.

WHEREFORE, Plaintiff Curtis Wells respectfully requests the Court to enter judgment by default against Defendant Michael P. Armstrong, and for such other or additional relief as the Court may deem reasonable and just.

**Dated: June 30, 2022.**

                                                Respectfully submitted,

                                                Curtis Wells,

                                                By:_____/s/_____
                                                Counsel

                                                Matthew A. Crist, VSB No. 85922
                                                mcrist@MACPLLC.net
                                                Matthew A. Crist, PLLC
                                                10432 Balls Ford Rd., Suite 300
                                                Manassas, VA 20109
                                                (571) 551-6859
                                                ***Counsel for Plaintiff***