# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| **CURTIS LEVAR WELLS, JR.,**<br>Plaintiff,<br><br>v.<br><br>**JAVIER FUENTES,** et al.,<br>Defendants | )<br>)<br>)<br>)  Case No.     1:22-cv-00140-MSN-IDD<br>)  Next Event:<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this date, July 7, 2022, I caused to be served the Summons directed to Michael P. Armstrong and Keith Shepherd (DKT 3), Complaint (DKT 1), and the Amended Complaint (DKT 38) by CERTIFIED MAIL RETURN RECEIPT REQUESTED upon the United States as following:

Attorney General of the United States
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530

United States Attorney
Eastern District of Virginia
2100 Jamieson Ave.
Alexandria, VA 22314

**Dated July 7, 2022.**

By:_____/s/_____
Matthew A. Crist, VSB No. 85922
mcrist@MACPLLC.net
Matthew A. Crist, PLLC
10432 Balls Ford Rd., Suite 300
Manassas, VA 20109
(571) 551-6859
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

 I hereby certify on this day, July 6, 2022, that the foregoing paper was filed and served with the Clerk of Court via the Court's CM/ECF system, which will send notice of such filing to all registered users.

          _____/s/_____
          Matthew A. Crist
          *Counsel for Plaintiff*