# VIRGINIA UNIFORM SUMMONS

**5932800**
**ARLINGTON COUNTY POLICE DEPARTMENT**
CASE NO. GTW-7396

YOU ARE SUMMONED TO APPEAR IN THE (CITY OF / COUNTY OF): **ARLINGTON**

- ☑ GENERAL DISTRICT COURT (TRAFFIC)
- ☐ GENERAL DISTRICT COURT (CRIMINAL)
- ☐ JUVENILE & DOMESTIC RELATIONS DISTRICT COURT

1425 N. COURTHOUSE RD.
ARLINGTON, VA 22201

ON **February 28**, 20**20** AT **0900** ☑ A.M.
FOR VIOLATION OF ☐ STATE ☒ COUNTY ☐ CITY ☐ TOWN
LAW SECTION (14.2-1) **46.2-612**
DESCRIBE CHARGE: **Improper Registration**

COMMERCIAL MOTOR VEHICLE ☐ YES ☐ NO
HAZARDOUS MATERIALS ☐ YES ☐ NO
RESULTED IN FATALITY ☐ YES ☐ NO
HIGHWAY SAFETY CORRIDOR ☐ YES ☐ NO

ONLY CALL 703-228-4599 IF MORE HELP IS NEEDED.

**NAME:** WELLS, CURTIS LEVAR JR
**RES. ADDRESS:** 5017 Caryn Court
**CITY/TOWN:** Alexandria **STATE:** VA **ZIP:** 22312
**RACE:** B **SEX:** M
**HT:** 6'3" **EYES:** BR **HAIR:** BK
**STATE:** VA
**VEH:** 2016 Ford 2Dr **LICENSE NO.:** 71568U **YEAR:** 19 **STATE:** VA
**JURISDICTION OF OFFENSE:** 000
**DATE OF OFFENSE:** 02-09-2020 **DAY OF WEEK:** Sun **TIME:** 1604 P.M.
**WEATHER:** Clear Black
**LOCATION OF OFFENSE:** South Gate Rd
**ARREST DATE:** S/A **ARREST LOCATION:** S/A
**OFFICER:** Fuentes **CODE/BADGE NO.:** 1666

- ☐ PROSECUTING ATTORNEY (NAME)
- ☐ DEFENDANT'S ATTORNEY (NAME)
- ☑ NO ATTORNEY
- ☐ ATTORNEY WAIVED
- ☐ NO ATTY JAIL WAIVED BY CT

THE ACCUSED WAS THIS DAY:
- ☐ TRIED IN ABSENCE
- ☑ PRESENT
- ☐ CERTIFIED PURSUANT TO §19.2-190.1

THE ACCUSED PLEADED:
- ☐ NOT GUILTY
- ☐ NOLO CONTENDERE
- ☐ GUILTY ☐ PREPAYMENT

AND WAS TRIED AND FOUND BY ME:
- ☐ FINDING SUFFICIENT-DEFERRED §
- ☐ NOT GUILTY
- ☑ GUILTY AS CHARGED
- ☐ GUILTY OF
- ☐ COMPLIED WITH LAW UNDER §

IN ADDITION I FIND THE ACCUSED WAS:
- ☐ DRIVING A COMMERCIAL M.V.
- ☐ CARRYING HAZARDOUS MAT.
- ☐ A CDL HOLDER

AND THE OFFENSE:
- ☐ RESULTED IN A FATALITY
- ☐ WAS IN A HWY. SAFETY COR.

- ☐ I ORDER THE CHARGE DISMISSED
- ☐ I ORDER A NOLLE PROSEQUI ON COMMONWEALTH'S MOTION

I IMPOSE THE FOLLOWING SENTENCE:
- ☑ FINE ☐ CIVIL PENALTY OF $ **50** WITH $ _____ SUSPENDED.
- ☐ DRIVER'S LICENSE SUSPENDED EFFECTIVE IN THIRTY (30) DAYS IF FINES/COSTS/FORFEITURE/PENALTY/RESTITUTION NOT PAID IN THIRTY (30) DAYS §46.2-395.
- ☐ JAIL SENTENCE OF ___ WITH ___ SUSPENDED. CONDITIONED UPON BEING OF GOOD BEHAVIOR AND KEEPING THE PEACE.
- ☐ ON PROBATION FOR
- ☐ DRIVER'S LICENSE SUSPENDED
- CONSECUTIVE SUSPENSION UNDER §46.2-301 ☐ YES ☐ NO
- ☐ RESTITUTION OF ___ PAYABLE TO ___
- BY **FEB 2 8 2020** AS CONDITION OF SUSPENDED SENTENCE.
- ☐ OTHER:

**DATE:** FEB 2 8 2020
**JUDGE:** [signature]

### Fee section:

| Code | Description | $ |
|---|---|---|
| 110/201 | FINE | |
| 114/129/237 | CIVIL PENALTY | |
| 460 | FIXED TRAFFIC INFRACTION FEE | |
| 461 | FIXED MISDEMEANOR FEE | |
| 462 | FIXED MISDEMEANOR FEE - DRUGS | |
| 121 | TIA FEE | |
| 244 | C.H. SECURITY FEE | |
| 120/217 | CT. APPT. ATTY. | |
| 113 | WITNESS FEE | |
| | TOTAL | |
| | APPEAL BOND $ | |
| ☐ APPEAL NOTED ON | | |
| ☐ APPEAL WITHDRAWN | | |
| 109 | INTEREST CHARGE | |
| | TOTAL WITH INTEREST | |

COURT COPY - PG. 1
V. 7-01-15

**PLAINTIFF'S EXHIBIT 1**

SCAN