# VIRGINIA UNIFORM SUMMONS

**5946201**
ARLINGTON COUNTY POLICE DEPARTMENT

CASE NO. GTW-7398

**YOU ARE SUMMONED TO APPEAR IN THE (CITY OF / COUNTY OF)**
ARLINGTON

☒ GENERAL DISTRICT COURT (TRAFFIC)
☐ GENERAL DISTRICT COURT (CRIMINAL)
☐ JUVENILE & DOMESTIC RELATIONS DISTRICT COURT

1425 N. COURTHOUSE RD.
ARLINGTON, VA 22201

ON February 28, 2020 AT 0900 ☒ A.M.
FOR VIOLATION OF ☐ STATE ☒ COUNTY ☐ CITY ☐ TOWN

LAW SECTION (14.2-1) 46.2-104
DESCRIBE CHARGE: Drive w/o Drivers License in Possession

**NAME:** WELLS, CURTIS LEVAR JR
**RES. ADDRESS:** 5017 Caryn Court
**CITY/TOWN:** Alexandria  **STATE:** VA  **ZIP:** 22312
**RACE:** B  **SEX:** M  **HT:** 6'3"  **EYES:** BR  **HAIR:** BM
**STATE:** VA
**VEH YEAR:** 2016  **MAKE:** Ford  **TYPE:** 2DR  **LICENSE NO.:** 715680  **YEAR:** 19  **STATE:** VA

**JURISDICTION OF OFFENSE:** 000
**DATE OF OFFENSE:** 02-09-2020
**DAY OF WEEK:** Sun
**TIME:** 1604 P.M.
**WEATHER:** Clear
**ROUTE NUMBERS/STREET:** Black
**LOCATION OF OFFENSE:** South Gate Rd
**ARREST DATE:** S/A  **ARREST LOCATION:** S/A
**OFFICER:** Fuentes  **CODE/BADGE NO.:** 1666

PROSECUTING ATTORNEY (NAME): _____
DEFENDANT'S ATTORNEY (NAME): _____
☐ NO ATTORNEY
☐ ATTORNEY WAIVED
☐ NO ATTY JAIL WAIVED BY CT

THE ACCUSED WAS THIS DAY:
☒ TRIED IN ABSENCE (crossed out)
☐ PRESENT
☐ CERTIFIED PURSUANT TO § 19.2-190.1

THE ACCUSED PLEADED:
☐ NOT GUILTY
☐ NOLO CONTENDERE
☐ GUILTY   ☐ PREPAYMENT

AND WAS TRIED AND FOUND BY ME:
☐ FINDING SUFFICIENT- DEFERRED §
☐ NOT GUILTY
☒ GUILTY AS CHARGED
☐ GUILTY OF _____
☐ COMPLIED WITH LAW UNDER §

IN ADDITION I FIND THE ACCUSED WAS:
☐ DRIVING A COMMERCIAL M.V.
☐ CARRYING HAZARDOUS MAT.
☐ A CDL HOLDER

AND THE OFFENSE:
☐ RESULTED IN A FATALITY
☐ WAS IN A HWY. SAFETY COR.

☐ I ORDER THE CHARGE DISMISSED
☐ I ORDER A NOLLE PROSEQUI ON COMMONWEALTH'S MOTION

I IMPOSE THE FOLLOWING SENTENCE:
☒ FINE ☐ CIVIL PENALTY OF $ 10 WITH $ _____ SUSPENDED.

☐ DRIVER'S LICENSE SUSPENDED EFFECTIVE IN THIRTY (30) DAYS IF FINES/COSTS/FORFEITURE/PENALTY/RESTITUTION NOT PAID IN THIRTY (30) DAYS §46.2-395.
☐ JAIL SENTENCE OF _____ WITH _____ SUSPENDED. CONDITIONED UPON BEING OF GOOD BEHAVIOR AND KEEPING THE PEACE.
☐ ON PROBATION FOR _____
☐ DRIVER'S LICENSE SUSPENDED _____
CONSECUTIVE SUSPENSION UNDER §46.2-301 ☐ YES ☐ NO
☐ RESTITUTION OF _____ PAYABLE TO _____
BY _____ AS CONDITION OF SUSPENDED SENTENCE.
☐ OTHER: _____

DATE: FEB 28 2020
JUDGE: [signature]

COMMERCIAL MOTOR VEHICLE ☐ YES ☐ NO
HAZARDOUS MATERIALS ☐ YES ☐ NO
RESULTED IN FATALITY ☐ YES ☐ NO
HIGHWAY SAFETY CORRIDOR ☐ YES ☐ NO
VCC: _____

I PROMISE TO APPEAR AT THE TIME AND PLACE SHOWN ABOVE. SIGNING THIS SUMMONS IS NOT AN ADMISSION OF GUILT. I CERTIFY THAT MY CURRENT MAILING ADDRESS IS AS SHOWN BELOW

SIGNATURE: [signature]

YOU MUST APPEAR AT TRIAL (JUVENILES MUST APPEAR WITH PARENT/LEGAL GUARDIAN).

☒ YOU MAY AVOID COMING TO COURT ONLY IF THIS BLOCK IS CHECKED AND ALL INSTRUCTIONS ON DEFENDANT'S COPY ARE FOLLOWED.

ONLY CALL (703-228-4599) IF MORE HELP IS NEEDED.

MAILING ADDRESS: ☐ SAME AS ABOVE AT RIGHT
☐ CHANGE FROM D.L.

110/201 FINE $ _____
114/129/237 CIVIL PENALTY $ _____
460 FIXED TRAFFIC INFRACTION FEE $ _____
461 FIXED MISDEMEANOR FEE $ _____
462 FIXED MISDEMEANOR FEE - DRUGS $ _____

121 TIA FEE $ _____
244 C.H. SECURITY FEE $ _____
120/217 CT. APPT. ATTY. $ _____
113 WITNESS FEE $ _____

TOTAL $ _____

APPEAL BOND $ _____
☐ APPEAL NOTED ON _____
☐ APPEAL WITHDRAWN _____

109 INTEREST CHARGE $ _____
TOTAL WITH INT _____

COURT COPY - PG. 1

SCANNED

**PLAINTIFF'S EXHIBIT 2**