# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| **CURTIS LEVAR WELLS, JR.,** | ) |
| Plaintiff, | ) |
| v. | ) Case No.   1:22-cv-00140-MSN-IDD |
| **JAVIER FUENTES,** et al., | ) |
| Defendants | ) |

## ORDER

This matter comes before the Court on Plaintiff's Consent Motion for Entry of a Briefing Schedule and Extension of Deadlines (Dkt. No. 53). Upon consideration of the motion, the consent of all parties, and for good cause shown, it is hereby

**ORDERED** that the motion (Dkt. No. 53) is GRANTED; and it is further

**ORDERED** that each Defendant's deadline to file responsive pleadings to Plaintiff's Second Amended Complaint (Dkt. No. 48) is set to October 6, 2022, that Plaintiff's deadline to file response brief(s), if any, is set to November 9, 2022, and that each Defendant's deadline to file reply briefs to Plaintiff's response brief(s), if any, is set to November 22, 2022.

The Clerk is directed to forward a copy of this Order to counsel of record.

IT IS SO **ORDERED**.

/s/
_____
Hon. Michael S. Nachmanoff
United States District Judge

August 25, 2022
Alexandria, Virginia

1