Exhibit 1 – Audio Recording – 2/9/2020

**EXHIBIT 1**