# VIRGINIA UNIFORM SUMMONS

**ARLINGTON COUNTY POLICE DEPARTMENT**

Summons No: 5932800
Case No: GTW-7396

**YOU ARE SUMMONED TO APPEAR IN THE (CITY OF / COUNTY OF): ARLINGTON**

☒ GENERAL DISTRICT COURT (TRAFFIC)
☐ GENERAL DISTRICT COURT (CRIMINAL)
☐ JUVENILE & DOMESTIC RELATIONS DISTRICT COURT

Address: 1425 N. COURTHOUSE RD., ARLINGTON, VA 22201

ON February 28, 2020 AT 0900 ☒ A.M.

FOR VIOLATION OF: ☒ COUNTY

LAW SECTION (14.2-1): 46.2-612
DESCRIBE CHARGE: Improper Registration

**Defendant:**
- Name: WELLS, CURTIS LEVAR JR
- Res. Address: 5017 Caryn Court
- City/Town: Alexandria, State: VA, Zip: 22312
- Race: B, Sex: M, DOB: 07/22/98, Ht: 6'3", Eyes: BR, Hair: BK
- DL/CDL #: A60117308, State: VA

**Vehicle:** Year 2016, Make Ford, Type 2Dr, License No. 715680, Year 19, State VA

Jurisdiction of Offense: 000
Date of Offense: 02-09-2020, Day: Sun, Time: 1604 P.M.
Direction: —, Accident: NO, Weather: Clear, Vehicle color: Black
Location of Offense: South Gate Rd
Arrest Date: S/A, Arrest Location: S/A
Officer: Fuentes, Code/Badge No.: 1666

Call: 703-228-4599 if more help is needed.

---

**Accused was this day:**
☒ TRIED IN ABSENCE
☒ PRESENT
☐ CERTIFIED PURSUANT TO §19.2-190.1

**Accused Pleaded:**
☐ NOT GUILTY
☐ NOLO CONTENDERE
☐ GUILTY  ☐ PREPAYMENT

**And was tried and found by me:**
☐ FINDING SUFFICIENT-DEFERRED §____
☐ NOT GUILTY
☒ GUILTY AS CHARGED
☐ GUILTY OF ____
☐ COMPLIED WITH LAW UNDER §____

**Sentence:**
☒ FINE $50

Date: FEB 28 2020

Officer signature present.

EXHIBIT 2