# Double the Level

## Increase Level                                Prevent Breakdown

**Forskolin** – increases cyclic adenosene monophosphate (essential to learning & memory formation)
- Can combine with artichoke extract (PDE-4) enzyme that breaks down cyclic AMP.

*Smarter Better Faster book*

**Bulletproof Choline Force** – prevents breaking down acetocholine

**Start dieting properly**
Start with natural nootropics – create weekly intake formula (mg)

**Top 12 nootropics from Entrepreneur / Combat Veteran: Experienced.**
Taken for nearly a decade – cognitive focus is on point.

**Oxyracetam** – resuscitates brain from sleep deficit  OXR @ 1800 mg daily

**Aniracetam** – amphi-receptor working memory with caffein 700-1000 daily
micro dose 150 mg to reach 500 per 2 hours

**Theacrine** – accumulates in plant (Camcha Tea) methyl + caffein — longer half-life
no anxiety, more potent, more wakefulness.  25-75 mg  avg  25-200 mg

4. **Noopept Aksel Spray** – Synthesized in Russia. Cholenergic improves signaling
brain drive   nerve growth in cerebral cortex hippocampus. Focus
motivation    add distilled water for more potent effects  1 spray not to exceed 5 sprays

5. **Uridine monophosphate**: powerful motivation, energy, verbal; neurogenesis,
synaptogenisis, neurite outgrowth, dopamine receptors, pseudocain receptors
densities.  75-500 mg  around 150 mg

6. **CDP Choline**: bioenergetics in prefrontal cortex.
25-200 mg   around 75 mg

7. **L-Tyrosine**: precursor to dopamine epinephrine, norepinephrine, thyroid hormones. Mental alertness   200 mg – 1000 mgs  – 300 to 500 mg

(margin notes: Did Bashar Wahi-king? is still Did he say someone else?)

EXHIBIT 5