# VIRGINIA UNIFORM SUMMONS

**5932800**

**ARLINGTON COUNTY POLICE DEPARTMENT**

CASE NO. GTW-7396

HEARING DATE AND TIME: _____

☐ PROSECUTING ATTORNEY (NAME): _____

☐ DEFENDANT'S ATTORNEY (NAME): _____
☑ NO ATTORNEY
☐ ATTORNEY WAIVED
☐ NO ATTY JAIL WAIVED BY CT

YOU ARE SUMMONED TO APPEAR IN THE (CITY OF / COUNTY OF) **ARLINGTON**

☑ GENERAL DISTRICT COURT (TRAFFIC)
☐ GENERAL DISTRICT COURT (CRIMINAL)
☐ JUVENILE & DOMESTIC RELATIONS DISTRICT COURT

1425 N. COURTHOUSE RD.
ARLINGTON, VA 22201

ON **February 28**, 20**20** AT **0900** ☑ A.M. ☐ P.M.
FOR VIOLATION OF: ☐ STATE ☑ COUNTY ☐ CITY ☐ TOWN
LAW SECTION (14.2-1) **46.2-612**
DESCRIBE CHARGE: **Improper Registration**

**NAME**: WELLS, CURTIS LEVAR JR
**RES. ADDRESS**: 5017 Caryn Court
**CITY/TOWN**: Alexandria  **STATE**: VA  **ZIP**: 22312
**RACE**: B  **SEX**: M  **DOB**: 07/22/98  **HT**: 6'3"  **EYES**: BR  **HAIR**: BH
**DL/CDL #**: A60117308  **STATE**: VA
**CDL HOLDER**: ☐ YES ☑ NO
**VEH YEAR**: 2016  **MAKE**: Ford  **TYPE**: 2Dr  **LICENSE NO**: 715680  **YEAR**: 19  **STATE**: VA

**JURISDICTION OF OFFENSE**: 000
**DATE OF OFFENSE**: 02-09-2020
**DAY OF WEEK**: Sun
**TIME**: 1604 P.M.
**DIRECTION**: _____
**ACCIDENT**: ☐ YES ☑ NO
**WEATHER**: Clear
**ROUTE NUMBERS/STREET**: Black (?)

**LOCATION OF OFFENSE**: South Gate Rd
**ARREST DATE**: S/A
**ARREST LOCATION**: S/A
**OFFICER**: Fuentes
**CODE/BADGE NO**: 1666

COMMERCIAL MOTOR VEHICLE ☐ YES ☐ NO
HAZARDOUS MATERIALS ☐ YES ☐ NO
RESULTED IN FATALITY ☐ YES ☐ NO
HIGHWAY SAFETY CORRIDOR ☐ YES ☐ NO

I PROMISE TO APPEAR AT THE TIME AND PLACE SHOWN ABOVE. SIGNING THIS SUMMONS IS NOT AN ADMISSION OF GUILT. I CERTIFY THAT MY CURRENT MAILING ADDRESS IS AS SHOWN BELOW.

X [signature]

YOU MUST APPEAR AT TRIAL (JUVENILES MUST APPEAR WITH PARENT/LEGAL GUARDIAN).

☑ YOU MAY AVOID COMING TO COURT ONLY IF THIS BLOCK IS CHECKED AND ALL INSTRUCTIONS ON DEFENDANT'S COPY ARE FOLLOWED.

ONLY CALL **703-228-4599** IF MORE HELP IS NEEDED.

MAILING ADDRESS: ☐ SAME AS ABOVE AT RIGHT ☐ CHANGE FROM D.L.

---

THE ACCUSED WAS THIS DAY:
☑ TRIED IN ABSENCE
☑ PRESENT
☐ CERTIFIED PURSUANT TO § 19.2-190.1

THE ACCUSED PLEADED:
☐ NOT GUILTY
☐ NOLO CONTENDERE
☐ GUILTY ☐ PREPAYMENT

AND WAS TRIED AND FOUND BY ME:
☐ FINDING SUFFICIENT-DEFERRED §
☐ NOT GUILTY
☑ GUILTY AS CHARGED
☐ GUILTY OF _____
☐ COMPLIED WITH LAW UNDER §

IN ADDITION I FIND THE ACCUSED WAS:
☐ DRIVING A COMMERCIAL M.V.
☐ CARRYING HAZARDOUS MAT.
☐ A CDL HOLDER

AND THE OFFENSE:
☐ RESULTED IN A FATALITY
☐ WAS IN A HWY. SAFETY COR.

☐ I ORDER THE CHARGE DISMISSED
☐ I ORDER A NOLLE PROSEQUI ON COMMONWEALTH'S MOTION

I IMPOSE THE FOLLOWING SENTENCE:
☑ FINE ☐ CIVIL PENALTY OF $ **50** WITH $ _____ SUSPENDED.
☐ DRIVER'S LICENSE SUSPENDED EFFECTIVE IN THIRTY (30) DAYS IF FINES/COSTS/FORFEITURE/PENALTY/RESTITUTION NOT PAID IN THIRTY (30) DAYS §46.2-395.
☐ JAIL SENTENCE OF _____ WITH _____ SUSPENDED.
   CONDITIONED UPON BEING OF GOOD BEHAVIOR AND KEEPING THE PEACE.
☐ ON PROBATION FOR _____
☐ DRIVER'S LICENSE SUSPENDED _____
   CONSECUTIVE SUSPENSION UNDER §46.2-301 ☐ YES ☐ NO
☐ RESTITUTION OF _____ PAYABLE TO _____ AS CONDITION OF SUSPENDED SENTENCE.
BY **FEB 2 8 2020**
☐ OTHER: _____

DATE [signature] JUDGE

---

| Fee | $ |
|---|---|
| 110/201 FINE | |
| 114/129/237 CIVIL PENALTY | |
| 460 FIXED TRAFFIC INFRACTION FEE | |
| 461 FIXED MISDEMEANOR FEE | |
| 462 FIXED MISDEMEANOR FEE - DRUGS | |
| APPEAL BOND | |
| 121 TIA FEE | |
| 244 C.H. SECURITY FEE | |
| 120/217 CT. APPT. ATTY. | |
| 113 WITNESS FEE | |
| TOTAL | |
| 109 INTEREST CHARGE | |
| TOTAL WITH INTEREST | |

☐ APPEAL NOTED ON _____
☐ APPEAL WITHDRAWN _____

SCANNED

COURT COPY - PG. 1

VUS REV. 7-__-15

EXHIBIT 2