# Double the Level

Increase Level — Prevent Breakdown

Forskolin - increases cyclic adenosene monophosphate (essential to learning & memory formation

- Can combine with artichoke extract (PDE-4) enzyme that breaks down cyclic AMP.

Smarter Better Faster book

Bulletproof Choline Force → prevents breaking down acetocholine

Start dieting properly
Start with natural nootropics create weekly intake formula (mg)

Top 12 nootropics from Entrepreneur / Combat Veteran: Experienced.
Taken for nearly a decade - cognitive focus is on point.

Oxyracetam - resuscitates brain from sleep deficit OXR @ 1000mg daily

Aniracetam - amphiraceptor working memory with caffeine 700-1000 daily
micro dose 150 mg to reach 500 per 2 hours

Theacrine - accumulates in plant (Cancha Tea) methyl + caffeine. Longer half life
no anxiety, more potent, more wakefulness. 25-75 mg avg 25-200mg

4. Noopept Aksel Spray - Synthesized in Russia. Colenergic improves signaling brain drive nerve growth in ~~face cele~~ cerebral cortex hyppocampus. Focus motivation add: distilled water for more potent effects 1 spray not to exceed 5 sprays

5. Uridine monophosphate: powerful motivating, energy, verbal; neurogenesis, synaptogenisis, neurete outgrowth, dopamine receptors, pseudocain receptors densities. 75-500mg around 150mg

6. CDP Choline: bioenergetics in prefrontal cortex.
75-200mg around 75mg

7. L-Tyrosine: precursor to dopamine epinephrine, norepinephrine, thyroid horomones. Mental alertness 200mg - 1000mgs - 300 to 500mg

Did you know Bitcoin is still Working? Did Someone Say Free.

Next

EXHIBIT
5