**ARLINGTON COUNTY POLICE DEPARTMENT – HOMELAND SECURITY SECTION**

## INVESTIGATIVE SUPPLEMENT

**CASE NUMBER: 2020-02090158**

---

This case is now _____ Cleared/Arrest _____

*The following supplement encompasses a summary of not only my work/actions, but also of other officers in this department and may not be a complete account. Please refer to their supplements for further information.*

Monday, February 10, 2020

I conducted pertinent checks on WELLS and viewed the property that had been submitted to property. The Glock pistol bore serial number CWX611US. Having served in the US Army, I know that the 'US' portion of the serial number is a common way of identifying weapons owned by the federal government and/or the military. An ATF trace was already submitted by MPO Roeseler, which would identify the rightful owner, but I suspected that this pistol may be stolen property. The Ceradyne rifle plate bore the letters 'U.S.' and serial number 2923205. The letters 'U.S.' and the fact that US Army soldiers are not allowed to retain their issued body armor and weapons after separation led me to suspect this rifle plate was also stolen property. I changed the status of WELLS' property from safekeeping to evidence until I could determine whether or not a crime has occurred.

I learned from Fort Myer that WELLS had been involuntarily separated from US Army service on or about May 3, 2019, for a series of disciplinary reasons. I requested a copy of the separation paperwork from Fort Myer Police Detective Keith Shepherd (keith.e.shepherd.civ@mail.mil). I also asked Detective Shepherd to investigate the paperwork trail for the Glock and rifle plate.

I viewed WELLS' Facebook account which contains many photos of WELLS bearing tactical gear and firearms. He also discusses an electronic distribution network he manages to sell 'products'.

'Curtis Wells (Denzel)' https://www.facebook.com/cj.wells.121?__tn__=%2Cd*F*F-R&eid=ARA_eAbRRcVOYxjihObgEO1OEgZyyYRY1LQX3RRyuPIZ64b_K4llg26JN0pK7IfG8s8Z1RgJTi6ihWDr&tn-str=*F

WELLS also has a Twitter account where he posts mostly sports related material.

'Curtis Wells Jr @RedlickRider601': https://twitter.com/RedlickRider601

**EXHIBIT 6**

Tuesday, February 11, 2020

I requested a firearms alert and hold on WELLS from VSP.

I submitted an eGuardian report describing this incident, case #VAARLCOPD-2020-00001, based upon the following concerns:

- WELLS' behavior on February 9, 2020, seemed erratic to Joint Base Fort Myer Henderson Hall (JBFMHH) officers, enough so that they summoned ACPD officers.

| Investigator | DID# | Date Written | Supplement # | Page |
|---|---|---|---|---|
| Detective Wanek | 1137 | 02/10/2020 | 1 | Page 1 |

| Investigative Supplement | Incident Number | | | |
|---|---|---|---|---|
| | 2020 | 02 | 09 | 0158 |

- WELLS made several misleading statements to ACPD officers on February 9, 2020.
- WELLS was in possession of two firearms, a substantial amount of ammunition (both FMJ and armor piercing ammunition), ballistic body armor (both soft and hard armor), a smoke grenade, radios, a drone, etc.
- WELLS was in possession of a written list of additional weapons and equipment that he needed to purchase.
- WELLS had recently been involuntarily separated from the US Army.
- WELLS had been assigned to JBFMHH.
- WELLS was stopped right next to JBFMHH on 1 Southgate Road in Arlington County.
- The chain of command responsible for WELLS' separation was still in place on JBFMHH.
- At least one firearm and one body armor plate may be stolen property.

Wednesday, February 12, 2020

Along with Detective Shepherd, I interviewed some of WELLS former squad mates at Fort Myer. WELLS' former roommate, Devin Jaysin Dotson (███████, ███████████), told me that the night after WELLS was arrested in DC for trespass after being involved in a fight, WELLS came home and blamed Dotson for him getting arrested. Dotson did not feel it was his fault and he got into an argument with WELLS about it. At some point during the argument, WELLS grappled with Dotson and pulled him down to the ground. This occurred in building 421 on Fort Myer on or about September 25, 2017. Dotson did not report this incident.

MPD records corroborate the circumstances that led to WELLS' arrest on September 24, 2017, at the George Washington University in DC.

Dotson also said that on multiple occasions he found property that belonged to him in WELLS' room. When confronted, WELLS would return the property without explanation. After WELLS had been discharged, Dotson noticed that several items of US Army equipment issued to him was missing. Dotson informed his chain of command but never filed criminal a report.

Dotson said that he never saw WELLS in possession of real firearms and believed that he purchased any live firearms after he left the Army.

WELLS other former squad mates described WELLS as a compulsive liar, thief, and poor soldier with an attitude problem. They also said that WELLS claimed to be a 'club promoter' for the Living Room, Griffin, and Mad Hatters in DC.

Thursday, February 13, 2020

Detective Shepherd told me that the Ceradyne rifle plate bearing serial number 2923205 was part of an order delivered by Ceradyne, Inc. to the US Army on June 10, 2011. This shipment was received by the US Army at Aberdeen Proving Grounds, MD, and subsequently transferred by the US Army to Fort Myer, VA. The US Army issues these plates to personnel and collects them upon separation from service. Plates that are serviceable are re-issued. Unserviceable plates are destroyed by the US Army. The US Army does not distribute these plates or allow out-processing personnel to retain them. Each plate is valued at $590.00 US.

I learned that JBFMHH Police Department Investigations Branch did a search for cases of stolen property with a focus on Medium Ceradyne, Inc. rifle plates and discovered a Larceny of Government and Personal Property Case #00421-2019-MPC041 reported on March 29, 2019. WELLS served in Echo Company 4/3 Infantry Regiment on Fort Myer from June 5,

| Investigator | Page 2 of 6 |
|---|---|
| Detective Wanek | DID# 1137 |

| **Investigative Supplement** | Incident Number |||| 
|---|---|---|---|---|
| | 2020 | 02 | 09 | 0158 |

2017, until May 3, 2019. This case occurred in Echo Company 4/3 Infantry Regiment in March 2019, shortly before WELLS departure from the US Army. A review of the Case found several pairs of Medium Ceradyne, Inc. rifle plates were stolen along with a large amount of US Government and personal tactical equipment, the total value over $5,000.00 US. WELLS has now been identified as a "Person of Interest" in the 2019 Larceny case due to his possession of a similar plate and the proximity of his departure from the Military.

A check of WELLS military records found he had been assigned to Echo Company, 4/3 Infantry Regiment, Fort Myer, Virginia but had been separated from the US Army on or about May 3, 2019 for 'Patterns of Misconduct', with a General Under Honorable Conditions discharge (this discharge is one step below a normal Honorable Discharge). As part of WELLS separation, he cleared the Fort Myer equipment issue surrender process and was given a 'statement of no charges', which means WELLS returned all issued equipment and did not owe for missing equipment. US Army soldiers out-processing from Fort Myer are specifically briefed that they are not allowed possess US Army issued weapons and body armor plates after separation from the US Army.

Friday, February 14, 2020

I received WELLS AO11 from VSP indicating that he had made a firearm(s) purchase on November 5, 2019, from an FFL at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Vienna, VA 22180. The AO11 only indicates a firearm(s) transaction happened, not the quantity or type of firearm(s). Sergeant Riley (KRiley@arlingtonva.us) attempted to contact the FFL without success.

WELLS arrived at the ACPD property section with the intent of picking up his equipment. The Property Clerk told WELLS that I changed the items from safekeeping to evidence and gave WELLS my contact information.

At 10:54 am, WELLS called my desk phone from his cell phone (▓▓▓▓▓▓▓▓) and left a VM. WELLS demanded that I inform him the reason for continuing to hold his property.

WELLS called my desk phone several minutes later and I spoke to him. I told WELLS that I needed to confirm that the items in his possession are rightfully his and once that was completed he could retrieve his things. WELLS asked how long this would take and I told him about a week and a half. WELLS said this would be ok and that he is planning to leave for Texas in the beginning of March and needs to have his guns and equipment for the trip.

After conferring with Sergeant Riley, SA Zagorianos (gzagorianos@fbi.gov), and Detective Shepherd, the decision was made to obtain arrest and search warrants for WELLS, his residence, and his Ford Mustang. I obtained an arrest warrant for WELLS for violation of '§ 18.2-108. Receiving, etc., stolen goods' and a search warrant for his residence and Ford Mustang. The arrest warrant was entered by e408. I notified Fairfax County Police via Detective Comfort (Douglas.Comfort@fairfaxcounty.gov).

Detective Comfort introduced be to Fairfax County Police Sergeant Spooner (571-235-7682). I sent a copy of the approved Fairfax County search warrant to Detective Comfort and Sergeant Spooner. Sergeant Spooner asked that I also forward a copy to Lieutenant Harrington (Thomas.Harrington@fairfaxcounty.gov) who was on call for the SWAT team.

Monday, February 17, 2020

I spoke to Lieutenant Harrington who told me their team will brief tomorrow morning and to expect a 2:00 pm execution.

| | Page 3 of 6 |
|---|---|
| **Investigator** | DID# |
| **Detective Wanek** | **1137** |

| **Investigative Supplement** | Incident Number | | | |
|---|---|---|---|---|
| | 2020 | 02 | 09 | 0158 |

I contacted Lieutenant Clark (Sclark3@arlingtonva.us) from the ACPD Tac Squad and requested a surveillance team.

Tuesday, February 18, 2020

I drafted an operational plan which was approved by Sergeant Riley. This plan was briefed, and all involved understood the plan.

I called WELLS on his cell phone to ask him if he would like to pick up his gear from the ACPD Property Section. WELLS agreed and said he would be driving his second car, a Pontiac. WELLS' DMV records showed that he also owned a silver Pontiac 4-door bearing TX tag HNM1133, expired on July 2019. WELLS drove this vehicle from his residence parking lot to the parking lot across the street from the Courthouse located at 1425 N. Courthouse Road in Arlington County. ACPD Tac Squad maintained visual surveillance of WELLS the entire way. See their supplemental reports for details.

WELLS parked and walked into the Courthouse building, Tac Squad officers maintained visual surveillance on the Pontiac. WELLS passed through security, took the public elevator down to the G level and met me at the Property Section. I told WELLS that the US Army believed he was in possession of stolen military property and that a warrant had been issued for his arrest. Corporal Sentz (Ssentz@arlingtonva.us) and I placed WELLS in handcuffs without incident. We took WELLS to interview room #14 on the 8th floor. I started the recording system for room #14. Corporal Sentz searched WELLS and I placed the contents of his pockets into a property bag (wristwatch, bead bracelet, Vape, pocket change, and a lanyard with keys to the Pontiac).

I advised Lieutenant Harrington and the evidence collection team that WELLS was in custody and they were good to go to clear the residence and serve the search warrant. I gave the Pontiac keys to Detective Barnickle (abarnickle@arlingtonva.us) so she could have the vehicle moved to the impound yard and write a search warrant for it.

I observed on the live feed from room #14 that WELLS was alone in the room and talking himself through the lies he was going to tell me. At timestamp 11:42, WELLS talks himself through a lie about buying the stolen armor plate from a former Marine for $150.00 at an airsoft event. I never mentioned anything about the plate being the item that the Army believed was stolen. I only told him that they believed he was in possession of stolen military property.

SA Zagorianos and I entered interview room #14 with WELLS. I asked WELLS if he wanted anything to eat/drink or needed a bathroom and he declined. I read WELLS his Miranda warning from the ACPD 'Advice on Constitutional Rights' form. WELLS said that he understood these rights, initialed next to each individual element, and signed the form. I signed the form and SA Zagorianos signed the form.

At timestamp 1:35:07, WELLS states, "Let's say I did that. I go in and, I train a lot, so let's say I make it past the first barrier. I don't know. I would have to run all the way. Please don't look at me as a terrorist but I'm going to tell it to you as a grunt, as an infantryman, as a guy who studied tactics and training for an extensive amount of time before my military career. But I just want us all to be on the same page, this is not something I'm actually planning, but I'm going to plan it now if that's fair. Or should I just not?"

Me: "It's up to you. It's your opportunity to tell us anything that weighing heavy on your heart."

WELLS: "Oh, I mean, it's not on my heart, it's not even on my mind. I'm just, when I look at it, where I parked. If I was to go for that base, first off, I parked on the complete opposite side of where any of the targets would be. I don't even have any potential ones, but my old company is on the opposite side of Fort Myer. I've ran that base hundreds of times. So, I'm on the opposite side. I'm parked way down the road so even if I were able to get up, like, they would see me coming

| **Investigator** | DID# |
|---|---|
| Detective Wanek | 1137 |

| **Investigative Supplement** | Incident Number | | | |
|---|---|---|---|---|
| | 2020 | 02 | 09 | 0158 |

long beforehand. And, if they're not stormtroopers, they're probably going to hit me. So, and a SAPI plate that only sits right here (motions with right hand in front of his chest), I mean, I think they carry M-16s or M-4s now, and, I mean, they've got protection and everything.

"Let's say I cut through the cemetery. Let's say even if I just had a vendetta against them, nowhere in my heart or in any way shape of form would I ever do anything to an innocent person which means I would never cut through that cemetery because one, citizens would freak out. Hey, what are you doing, he's got a gun. Now the entire base is gonna, like, just, they're gonna own me. I have very little cover. Yeah, I've got tombstones and I've got trees. If that base gets surrounded, you put a heli up in the air, there's nowhere I'm gonna be able to go. I'm gonna get screwed, I'm not even gonna get a round off at anybody before I'm already in somebody else's sights. There's already police officers at the air force memorial exactly where I parked. My uh, my exit, cut off, it's not gonna be able to happen. I've got major highways all around me. There's no where I can go for cover and concealment. I am literally screwed. Like, I'm on the top of a hill, yeah, sure enough, and I'm still opposite of general's row.

"So, anybody that I may have had a vendetta on, it would be so much easier to just go to the other gate. Park at 7-11, have pure cover, go around, cut in through the caisson building. There's um, there's just a gate. Just hop the gate or go under the fence where there's a massive tree line. And then you would have nothing but cover and concealment all the way to where you were going.

"So, like I said, I would never do this ever. But, if I were to do it, that's how I would've done it. But, having to tote all that ammunition, all those weapons, I mean, I didn't even have a bag in there big enough to conceal any of it. So it's not like I could just take it in a bag and, you know, walk around to wherever I need to be. I would have had to wear it, I wouldn't have been able to conceal it. There would have been no way for me to do that smartly without immediately being compromised. That's why I explain it like I had no intention of doing this whatsoever and I guarantee you one thing, I was wearing these shoes. I would never wear these shoes doing that. And track pants, I went climbing in these and I went training in these. If I'm gonna do something like that I'm gonna need to have some fucking boots on. Because, especially having to go through that grit and grime, like, I'm not trying to go into this too much cuz I'm, once again, weighing again, that I wouldn't do it. But, that's the way I would've wanted to do it. And that's what I want to really weigh heavily on.

"Because, now that you see how I would have done it, and you see how I know that if I were to do it, how it would be moronic and stupid, it would be a suicide trip, it wouldn't be anything else. Because no one is going to stop me and ask questions like, what are you doing. Nobody is going to get within close proximity range where I could disarm them or do anything to them. They're going to be having me at gunpoint from like about 50 meters, but like 25-50 meters away, telling me to drop the weapon and, you know, shoot first ask questions later. And I don't blame them because if somebody tried to storm my property, and they've got, you know, they're in full kit and all that, and you know, it makes it difficult.

"Also, I would never wear that mask. You can't see out that shit, nuthin, like you can see like, you know, playing airsoft is fine because all you need to see is the guy in front of you and you just pop him with a bb. It's all good. But, that one, my peripherals are cut off by like 25-30 percent. Like I can't see anything outside of these boundaries right here (motions with his hands next to his eyes). Which means I can't see him so if he's on my side, then he's got complete and total advantage of me and I can't see him. The other mask is the same thing. It a totally different mask but, I would probably wear glasses and put a mask on so I could actually see."

I considered this part of the interview to be especially concerning. I served on Fort Myer for 3 years and never once imagined how I might attack the base.

| | Page 5 of 6 |
|---|---|
| **Investigator** | DID# |
| **Detective Wanek** | 1137 |

| Investigative Supplement | Incident Number |
|---|---|
| | 2020 \| 02 \| 09 \| 0158 |

During the interview, WELLS admitted to taking the rifle plate found in his possession on February 9, 2020, from his former roommate, Devin Jaysin Dotson, during the time WELLS was attempting to out-process from Fort Myer. WELLS said that he knew he should not have the plate and kept it anyway. WELLS offered to give the plate back to Dotson. WELLS agreed to write an apology letter to Dotson on the back of the advice on rights form. I placed the original into property as evidence.

After the interview, Detective Bamford (Jbamford@arlingtonva.us) and I walked WELLS to booking where he was served with the felony warrant and held on no bond. The warrant was removed from VCIN/NCIC by e409.


Thursday, February 20, 2020

Detective Barnickle and I served the search warrant on WELLS Pontiac. See Detective Barnickle's supplement.

| | Page 6 of 6 |
|---|---|
| Investigator | DID# |
| Detective Wanek | 1137 |