5932800

**VIRGINIA UNIFORM SUMMONS**

ARLINGTON COUNTY POLICE DEPARTMENT

CASE NO. GTW-7396

HEARING DATE AND TIME

YOU ARE SUMMONED TO APPEAR IN THE (CITY OF / COUNTY OF)

- ☐ PROSECUTING ATTORNEY (NAME)
- ☐ DEFENDANT'S ATTORNEY (NAME)
  - ☑ NO ATTORNEY
  - ☐ ATTORNEY WAIVED
  - ☐ NO ATTY JAIL WAIVED BY CT

THE ACCUSED WAS THIS DAY:
- ☑ ~~UNDER ADVISEMENT~~
- ☑ ~~PRESENT~~
- ☐ CERTIFIED PURSUANT TO § 19.2-190.1

THE ACCUSED PLEADED:
- ☐ NOT GUILTY
- ☐ NOLO CONTENDERE
- ☐ GUILTY   ☐ PREPAYMENT

AND WAS TRIED AND FOUND BY ME:
- ☐ FINDING SUFFICIENT-DEFERRED  §
- ☐ NOT GUILTY
- ☑ GUILTY AS CHARGED
- ☐ GUILTY OF
- ☐ COMPLIED WITH LAW UNDER §

IN ADDITION I FIND THE ACCUSED WAS:
- ☐ DRIVING A COMMERCIAL M.V.
- ☐ CARRYING HAZARDOUS MAT.
- ☐ A CDL HOLDER

AND THE OFFENSE:
- ☐ RESULTED IN A FATALITY
- ☐ WAS IN A HWY. SAFETY COR.

- ☐ I ORDER THE CHARGE DISMISSED

- ☐ I ORDER A NOLLE PROSEQUI ON COMMONWEALTH'S MOTION

I IMPOSE THE FOLLOWING SENTENCE:
- ☑ FINE   ☐ CIVIL PENALTY OF $ 50 WITH $ _____ SUSPENDED.
- ☐ DRIVER'S LICENSE SUSPENDED EFFECTIVE IN THIRTY (30) DAYS IF FINES/COSTS/FORFEITURE/PENALTY/RESTITUTION NOT PAID IN THIRTY (30) DAYS §46.2-395.
- ☐ JAIL SENTENCE OF _____ WITH _____ SUSPENDED. CONDITIONED UPON BEING OF GOOD BEHAVIOR AND KEEPING THE PEACE.
- ☐ ON PROBATION FOR
- ☐ DRIVER'S LICENSE SUSPENDED
  CONSECUTIVE SUSPENSION UNDER §46.2-301   ☐ YES   ☐ NO
- ☐ RESTITUTION OF _____ PAYABLE TO _____ BY _____ AS CONDITION OF SUSPENDED SENTENCE.
- ☐ OTHER: FEB 2 8 2020

DATE _____   JUDGE _____

**ARLINGTON**

- ☑ GENERAL DISTRICT COURT (TRAFFIC)
- ☐ GENERAL DISTRICT COURT (CRIMINAL)
- ☐ JUVENILE & DOMESTIC RELATIONS DISTRICT COURT

**1425 N. COURTHOUSE RD.**

**ARLINGTON, VA 22201**

ON February 28, 20 20 AT 0900   ☑ A.M. ☐ P.M.

FOR VIOLATION OF: ☐ STATE   ☑ COUNTY   ☐ CITY   ☐ TOWN

LAW SECTION (14.2-1) 46.2-612   DESCRIBE CHARGE:

Improper Registration

COMMERCIAL MOTOR VEHICLE   ☐ YES ☐ NO
HAZARDOUS MATERIALS   ☐ YES ☐ NO
RESULTED IN FATALITY   ☐ YES ☐ NO
HIGHWAY SAFETY CORRIDOR   ☐ YES ☐ NO   VCC: _____

I PROMISE TO APPEAR AT THE TIME AND PLACE SHOWN ABOVE. SIGNING THIS SUMMONS IS NOT AN ADMISSION OF GUILT. I CERTIFY THAT MY CURRENT MAILING ADDRESS IS AS SHOWN BELOW

X _____ (signature)

YOU MUST APPEAR AT TRIAL (JUVENILES MUST APPEAR WITH PARENT/LEGAL GUARDIAN).

☑ YOU MAY AVOID COMING TO COURT ONLY IF THIS BLOCK IS CHECKED AND ALL INSTRUCTIONS ON DEFENDANT'S COPY ARE FOLLOWED.

ONLY CALL   **703-228-4599**   IF MORE HELP IS NEEDED.

MAILING ADDRESS: ☐ SAME AS ABOVE AT RIGHT   P.O. BOX/STREET   CITY/TOWN   STATE   ZIP
☐ CHANGE FROM D.L.

| | |
|---|---|
| NAME LAST | FIRST MIDDLE |
| WELLS | CURTIS LEVAR JR |

RES. ADDRESS: 5017 Caryn Court   RES. JURIS.

CITY/TOWN Alexandria   STATE VA   ZIP 22312

| RACE B | SEX M | D.O.B. MO. 07 DAY 22 YR 98 | HT. FT. 6 IN. 3 | WGT. | EYES BR | HAIR BK |
|---|---|---|---|---|---|---|

DL/CDL # (IF CRIMINAL OFFENSE OR NO LICENSE, USE SSN)
CDL HOLDER ☐ YES ☐ NO   A601117308   STATE VA

| VEH | YEAR 2016 | MAKE Ford | TYPE 2Dr | LICENSE 715680 | YEAR 19 | STATE VA |
|---|---|---|---|---|---|---|

JURISDICTION OF OFFENSE 000   DATE OF OFFENSE 02-09-2020   DAY OF WEEK Sun   TIME 1604 ☐ A.M. ☑ P.M.

DIRECTION _____   ACCIDENT ☐ YES ☑ NO   WEATHER Clear   ROUTE NUMBERS/STREET Black

LOCATION OF OFFENSE: South Gate Rd

ARREST DATE S/A   ARREST LOCATION S/A

OFFICER Fuentes   CODE/BADGE NO. 1666

| 110/201 FINE | $ _____ | 121 TIA FEE | $ _____ |
| 114/129/237 CIVIL PENALTY | $ _____ | 244 C.H. SECURITY FEE | $ _____ |
| 460 FIXED TRAFFIC INFRACTION FEE | $ _____ | 120/217 CT. APPT. ATTY. | $ _____ |
| 461 FIXED MISDEMEANOR FEE | $ _____ | 113 WITNESS FEE | $ _____ |
| 462 FIXED MISDEMEANOR FEE - DRUGS | $ _____ | | |
| | | TOTAL | $ _____ |
| APPEAL BOND   $ _____ | | 109 INTEREST CHARGE | $ _____ |
| ☐ APPEAL NOTED ON _____ | | | |
| ☐ APPEAL WITHDRAWN | | TOTAL WITH INTEREST | $ _____ |

COURT COPY - PG. 1

SCANNED

VUS REV. 7-__-15

EXHIBIT 2