Double the Level

Increase Lever                                    Prevent Breakdown
Forskolin - increases cyclic adenosene monophosphate (essential to
Smarter Better    learning & memory formation
Faster book            • Can combine with artichoke extract (PDE-4)
                          enzyme that breaks down cyclic AMP.

Bulletproof Choline Force
prevents breaking down acetocholine

Start dieting properly
Start with natural nootropics  create weekly intake formula (mg)

Top 12 nootropics from Entrepreneur / Combat Veteran: Experienced.
Taken for nearly a decade - cognitive focus is on point.

Oxyracetam - resuscitates brain from sleep deficit  OXR @ 1800mg daily

Aniracetam - ampa receptor working memory with caffein  700-1000 daily
micro dose 150 mg to reach 500 per 2 hours

Theacrine - accumulates in plant (Cancha Tea) methyl + caffein - longer halflife
no anxiety, more potent, more wakefulness. 25-75 mg  avg 25-200mg

4. Noopept Aksel Spray - Synthesized in Russia. Colenergic improves signaling
brain drive  nerve growth in cerebral cortex hippocampus. Focus
motivation  add: distilled water for more potent effects  1 spray not to
exceed 5 sprays

5. Uridine monophosphate: powerful motivation, energy, verbal, neurogenesis,
synaptogenesis, neurite outgrowth, dopamine receptors, pseudocain receptors
densities.  75-500mg  around 150mg

6. CDP Choline: bioenergetics in prefrontal cortex.
25-200mg  around 75mg

7. L-Tyrosine: precursor to dopamine epinephrine, noaepinephrine, thyroid
hormones. Mental alertness  200mg-1000mgs  -300 to 500mg

EXHIBIT 5