**MEDIUM**

**STRIKE FACE**

**HANDLE WITH CARE**

**Preventative Maintenance Checks and Services (PMCS):**
The ESAPI plate is considered to be unserviceable if any of the following conditions are present:
1. Outer Cover is damaged exposing the ceramic tile material
2. Plate is cracked and you hear loose pieces rattling around when shaken
3. Creaking or squeaking of ceramic tile heard when plate twisted by hand
4. Composite backing is delaminating (backing material plies are separating)
5. Cracking of the ceramic tile is felt or heard as you firmly pinch the outer 1/2" perimeter of the plate
6. Plate has been hit by a bullet or fragment

**Cleaning Procedures**
CAUTION: Do not machine wash or dry.  Failure to follow these instructions may degrade your plate's (XSAPI/ESAPI/ESBI) performance against ballistic threats.
1. Remove loose dirt and lint from the outer surface of the plate using a cloth or soft bristle brush (Never use a stiff bristle brush)
2. Wet the plate in a sink or shower using warm, not hot, water
3. Apply mild detergent to the soiled areas and scrub with a cloth or soft bristle brush. Badly soiled areas may be scrubbed with hand soap. Scrub only long enough to remove soil.
4. Heavy grease/oil stains may be pre-spotted with a dry cleaning solvent and detergent mixture and scrubbed with a soft brush
5. Rinse the plate with warm water until all suds are completely gone
6. Let the insert air dry away from heat or open flame

EXHIBIT
7

