ARLINGTON COUNTY POLICE DEPARTMENT – HOMELAND SECURITY SECTION

## *INVESTIGATIVE SUPPLEMENT*

CASE NUMBER: <u>2020-02090158</u>

*The following supplement encompasses a summary of not only my work/actions, but also of other officers in this department and may not be a complete account. Please refer to their supplements for further information.*

On February 17, 2020 I contacted Vienna Arsenal at (703)-868-5370 in reference to the Virginia Firearms Gun Log Search from State Police. I spoke with the owner, Mr. Adrian Gotjen and obtained the Firearms Transaction Record in reference to Curtis WELLS. The Firearms Transaction Record is for the Glock 19 with a serial #CWX611US (see firearms records folder in case file for more details).

On February 18, 2020 I contacted Vienna Arsenal in reference to the above listed firearm. I spoke with an employee on site, Mike, who advised that through their internal records he identified that this firearm was purchased online and transferred to their store for the buyer to obtain. The online company was Atlantic Guns Inc. in Silver Spring, Maryland.

I contacted Mark Schnider at Atlantic Guns Inc. in reference to the Glock 19. He advised that the company received an order from the National Gallery of Art to purchase the 4th generation Glocks in exchange for their 3rd generation Glocks. This purchase/exchange was completed and Atlantic Guns Inc. later sold one of those guns to WELLS (serial #CWX611US) via an online purchase. Mr. Schnider advised that they received approximately 160-180 guns in this order which was completed sometime in September or October of 2019.

On February 18, 2020 I assisted Detective Wanek with the 2008 Pontiac G6 which was driven by WELLS. I took custody of the vehicle at approximately 1317 hours in the Police/Court parking lot. Prior to this, Arlington County Officers maintained visual eye contact of the vehicle (see supplemental reports for more details). Redman Fleet Services transported the vehicle to the Arlington County Police Department impound lot. At approximately 1350 hours, I entered the vehicle into Bay #4 and secured the vehicle at this location.

On February 18, 2020 at approximately 1630 hours I responded to the magistrate's office and obtained a search warrant for the 2008 Pontiac G6 and contents inside. At approximately 1650 hours, I executed the search warrant and obtained the iPhone from the center console of the vehicle. Sergeant Riley turned the phone on "airplane mode" and shut off the Bluetooth functions of the iPhone. I took custody of the iPhone and at approximately 1734 hours I placed it into police property in a temporary locker.

On February 19, 2020 at approximately 1240 hours, I obtained the black iPhone from the temporary locker. At approximately 1325 hours I transferred custody to DFU Detective Mazzella (see property report for further information on chain of custody).

| Investigator | EXHIBIT 9 | DID# | Date Written | Page 1 Supplement # |
|---|---|---|---|---|
| Corporal Barnickle | | 1574 | 2/17/20 – 2/21/20 | 1 |

| | Incident Number | | | |
|---|---|---|---|---|
| | 2020 | 02 | 09 | 0158 |

On February 20, 2020 at approximately 0950 hours, I entered Bay #4 which contained the 2008 Pontiac bearing Texas registration HNM1133. MPO Ahn assisted Detective Wanek and I with processing the vehicle (see supplement for more details). At approximately 1004 the sealed manila envelope containing the 2008 Pontiac key was open and we made entry inside of the vehicle. Detective Wanek completed the search of the vehicle and located the below listed items in the trunk of the vehicle (the items in **bold** were seized as evidence):

- Documents
    - Virginia temporary license plate #51002N (issued for the Ford Mustang – not stolen)
    - UPS receipt
    - MPD receipt
    - MPD fingerprint receipt (yellow and pink)
    - Temporary registration #91742R (issued for the Ford Mustang – not stolen)
    - Work receipt for Ford Mustang
- **White women's sweater with brown stain**
- iPhone package containing IMEI# 353905102997304 (WELLS lost iPhone)
- **Gray medical hemorrhage bandage**
- **Black spikes/darts with case**

The below listed items were located in the back seat of the vehicle:
- Black tactical bag containing various items (see photo for more details) to include:
    - **Lock pick set**
    - **White gauze (no wrapper)**
    - **Cravat bandage**
    - Etc.
- Documents
    - **24 hour pass to Fort Myer**
    - DC arrest affidavit
    - DC employment services
    - **DD214**
    - Birth certificate
- **Dark blue Cambridge notebook**
- **Proverbs 3:5 notebook**

The below listed items were located in the pocket of the driver side door:
- **Black bag containing multiple clear small bags which each contained various substances to include (see DFS lab request form for more specific information):**
    - **Pink pills**
    - **White pill**
    - **White powder substance**
    - **Orange pill**

The below listed item was located in the front passenger side of the vehicle:
- Document of previous address

The below listed item was located in the center console of the vehicle:
- **Rifle magazine containing twenty-eight (28) green tip rounds**

Page 2 of 2

| Investigator | DID# |
|---|---|
| **Corporal Barnickle** | **1574** |