IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

CURTIS LEVAR WELLS, JR.,

  Plaintiff,

v.                                           Case No. 1:22-cv-00140-MSN-IDD

JAVIER FUENTES, et al.,

  Defendants.

## **DEFENDANTS' MOTION FOR LEAVE TO FILE VIDEO WITH AUDIO EXHIBIT**

NOW COME the Defendants, Javier Fuentes, Scott Wanek, Ashley Barnickle, Lauren Lugasi, Kimberly Soules, Austin Kline And John Vanak ("Defendant ACPD Officers"), by counsel, and move this Court for leave to file a video with audio exhibit in support of their Motions to Dismiss for the reasons more fully set out in their Brief in Support of Motion for Leave to File Video with Audio Exhibit.

                                                  **JAVIER FUENTES, SCOTT WANEK, ASHLEY BARNICKLE, LAUREN LUGASI, KIMBERLY SOULES, AUSTIN KLINE AND JOHN VANAK**

                                                  By Counsel

/s/ Leslie A. Winneberger
David P. Corrigan (VSB No. 26341)
Leslie A. Winneberger (VSB No. 45040)
Blaire H. O'Brien (VSB No. 83961)
Counsel for Javier Fuentes, Scott Wanek,
Ashley Barnickle, Lauren Lugasi, Kimberly Soules,
Austin Kline and John Vanak
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
lwinneberger@hccw.com
bobrien@hccw.com

# **C E R T I F I C A T E**

I hereby certify that on the 6th day of October, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Matthew A. Crist, Esq.(VSB No. 85922)
>Matthew A. Crist, PLLC
>10432 Balls Ford Road
>Suite 300
>Manassas, VA 20109
>571-551-6859 - Phone
>mcrist@MACPLLC.net
>
>Ryan C. Samuel, Esq. (VSB No. 84400)
>Arlington County
>One Courthouse Plaza
>2100 Clarendon Blvd, Suite 403
>Arlington, VA 22201
>703-228-3100 - Phone
>703-228-7106 - Fax
>rsamuel@arlingtonva.us
>
>Jessica D. Aber, Esq.
>United States Attorney's Office for
>the Eastern District of Virginia
>600 East Main Street, Suite 1800
>Richmond, VA 23219
>804-819-5465 – Phone
>jessica.d.aber@usdoj.gov

Yuri S. Fuchs, Esq.
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3872 – Phone
703-299-3983 – Fax
yuri.fuchs@usdoj.gov

 /s/  Leslie A. Winneberger
David P. Corrigan (VSB No. 26341)
Leslie A. Winneberger (VSB No. 45040)
Blaire H. O'Brien (VSB No. 83961)
Counsel for Javier Fuentes, Scott Wanek,
Ashley Barnickle, Lauren Lugasi, Kimberly Soules,
Austin Kline and John Vanak
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
lwinneberger@hccw.com
bobrien@hccw.com