IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

CURTIS LEVAR WELLS, JR.,

  Plaintiff,

v.                                       Case No. 1:22-cv-00140-MSN-IDD

JAVIER FUENTES, et al.,

  Defendants.

## DEFENDANTS' BRIEF IN SUPPORT OF MOTION FOR LEAVE TO FILE A VIDEO WITH AUDIO EXHIBIT

Defendants Javier Fuentes, Scott Wanek, Ashley Barnickle, Lauren Lugasi, Kimberly Soules, Austin Kline And John Vanak ("Defendant ACPD Officers"), by counsel, state as follows in support of their Motion for Leave to File a Video with Audio Exhibit:

On October 6, 2022, the Defendant ACPD Officers filed their Motions to Dismiss and Brief in Support [ECF Docs. 59, 60, 61, 62, 63 and 64]. As part of the their Briefs in Support of Motion to Dismiss, the Defendant ACPD Officers rely on video with audio evidence obtained from the February 9, 2020 events, which, in part, are the subject of this lawsuit.

This video with audio is referenced as ==Exhibit 1== in the Defendant ACPD Officers' Briefs in Support of Motion to Dismiss.

The Defendant ACPD Officers understand that this Court must grant it leave to physically file the exhibit on a flash drive, because the file is too large for the Court's ECF system. A flash drive containing the video with audio will be mailed to the Court when and if the attached Order is entered.

For all of the foregoing reasons, the Defendant ACPD Officers, by counsel, respectfully request that the Court grant them leave to physically file with the Court a flash drive containing the foregoing audio evidence to be considered in support of their Motion to Dismiss.

                                                      **JAVIER FUENTES, SCOTT WANEK, ASHLEY BARNICKLE, LAUREN LUGASI, KIMBERLY SOULES, AUSTIN KLINE AND JOHN VANAK**

                                                      By Counsel

/s/  Leslie A. Winneberger
David P. Corrigan (VSB No. 26341)
Leslie A. Winneberger (VSB No. 45040)
Blaire H. O'Brien (VSB No. 83961)
Counsel for Javier Fuentes, Scott Wanek,
Ashley Barnickle, Lauren Lugasi,  Kimberly Soules,
Austin Kline and John Vanak
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
lwinneberger@hccw.com
bobrien@hccw.com

## **C E R T I F I C A T E**

I hereby certify that on the 6th day of October, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

        Matthew A. Crist, Esq.(VSB No. 85922)
        Matthew A. Crist, PLLC
        10432 Balls Ford Road
        Suite 300
        Manassas, VA 20109
        571-551-6859 - Phone

mcrist@MACPLLC.net

Ryan C. Samuel, Esq. (VSB No. 84400)
Arlington County
One Courthouse Plaza
2100 Clarendon Blvd, Suite 403
Arlington, VA 22201
703-228-3100 - Phone
703-228-7106 - Fax
rsamuel@arlingtonva.us
Jessica D. Aber, Esq.
United States Attorney's Office for
the Eastern District of Virginia
600 East Main Street, Suite 1800
Richmond, VA 23219
804-819-5465 – Phone
jessica.d.aber@usdoj.gov

Yuri S. Fuchs, Esq.
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3872 – Phone
703-299-3983 – Fax
yuri.fuchs@usdoj.gov

      /s/  Leslie A. Winneberger
David P. Corrigan (VSB No. 26341)
Leslie A. Winneberger (VSB No. 45040)
Blaire H. O'Brien (VSB No. 83961)
Counsel for Javier Fuentes, Scott Wanek,
Ashley Barnickle, Lauren Lugasi,  Kimberly Soules,
Austin Kline and John Vanak
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
lwinneberger@hccw.com
bobrien@hccw.com