IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

CURTIS LEVAR WELLS, JR.,

Plaintiff,

v. Case No. 1:22-cv-00140-MSN-IDD

JAVIER FUENTES, et al.,

Defendants.

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on December 16, 2022, commencing at 10:00 a.m., or as soon thereafter as counsel may be heard, defendants Javier Fuentes, Scott Wanek, Ashley Barnickle, Lauren Lugasi, Kimberly Soules, Austin Kline and John Vanak will bring on for hearing their Motions to Dismiss filed on October 6, 2022.

**JAVIER FUENTES, SCOTT WANEK, ASHLEY BARNICKLE, LAUREN LUGASI, KIMBERLY SOULES, AUSTIN KLINE AND JOHN VANAK**

By Counsel

/s/ Leslie A. Winneberger

David P. Corrigan (VSB No. 26341)
Leslie A. Winneberger (VSB No. 45040)
Blaire H. O'Brien (VSB No. 83961)
Counsel for Javier Fuentes, Scott Wanek,
Ashley Barnickle, Lauren Lugasi, Kimberly Soules,
Austin Kline and John Vanak
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
lwinneberger@hccw.com
bobrien@hccw.com

**C E R T I F I C A T E**

I hereby certify that on the 6th day of October, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Matthew A. Crist, Esq.(VSB No. 85922)
Matthew A. Crist, PLLC
10432 Balls Ford Road
Suite 300
Manassas, VA 20109
571-551-6859 - Phone
mcrist@MACPLLC.net

Ryan C. Samuel, Esq. (VSB No. 84400)
Arlington County
One Courthouse Plaza
2100 Clarendon Blvd, Suite 403
Arlington, VA 22201
703-228-3100 - Phone
703-228-7106 - Fax
rsamuel@arlingtonva.us

Jessica D. Aber, Esq.
United States Attorney's Office for
the Eastern District of Virginia
600 East Main Street, Suite 1800
Richmond, VA 23219
804-819-5465 – Phone
jessica.d.aber@usdoj.gov

Yuri S. Fuchs, Esq.
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3872 – Phone
703-299-3983 – Fax
yuri.fuchs@usdoj.gov

/s/ Leslie A. Winneberger
David P. Corrigan (VSB No. 26341)
Leslie A. Winneberger (VSB No. 45040)
Blaire H. O'Brien (VSB No. 83961)
Counsel for Javier Fuentes, Scott Wanek,
Ashley Barnickle, Lauren Lugasi, Kimberly Soules,
Austin Kline and John Vanak
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
lwinneberger@hccw.com
bobrien@hccw.com