UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| **CURTIS LEVAR WELLS, JR.,** Plaintiff, | ) ) ) |
| v. | ) Case No. 1:22-cv-00140-MSN-IDD ) Next Event: Dec 16, 2022 |
| **JAVIER FUENTES,** et al., Defendants | ) Motion Hearing ) ) |

## MOTION TO STRIKE

COMES NOW PLAINTIFF, by counsel, and for this Motion to Strike the Notice of Substitution (Dkt. No. 55). Plaintiff relies upon and incorporates his Memorandum in Support hereof, filed contemporaneously.

WHEREFORE, Plaintiff respectfully requests the Court TO STRIKE Defendant Armstrong, Shepherd, and the United States' Notice of Substitution (Dkt. No. 55), and for such other and additional relief as the Court deems reasonable and just.

**Dated October 11, 2022.**

                                                                 Respectfully submitted,

                                                                 Curtis Wells,

                                                                 By:_____/s/_____
                                                                 Counsel

                                                                Matthew A. Crist, VSB No. 85922
                                                               mcrist@MACPLLC.net
                                                               Matthew A. Crist, PLLC
                                                               10432 Balls Ford Rd., Suite 300
                                                               Manassas, VA 20109
                                                               (571) 551-6859
                                                               ***Counsel for Plaintiff***

# CERTIFICATE OF SERVICE

I hereby certify on this day, October 11, 2022, that the foregoing paper was filed and served with the Clerk of Court via the Court's CM/ECF system, which will send notice of such filing to all registered users.

_____/s/_____
Matthew A. Crist
***Counsel for Plaintiff***