

Avon Protection Ceradyne
4000 Barranca Parkway, Suite 100
Irvine, California 92604
USA

Tel: +1 (949) 966 0511
info@avonprotectionceradyne.com
www.avon-protection.com



11 May 2021

Matthew A. Crist, PLLC
1727 King Street, Suite 300
Alexandria, VA 22314

Subject:     Evidence Preservation Notice VA Code § 8.01-379.2:1
             Curtis L. Wells Jr.
             42 U.S.C. § 1983, *inter alia*

Dear Mr. Crist:

Avon Protection Ceradyne LLC is in receipt of the subject Notice.  We respect the request and the obligations of the Evidence Preservation Notice.  We have reviewed our product records and have no records of the Ceradyne rifle plate noted in items 3 and 8.  We also have no other knowledge beyond media reports that we identified after receipt of the Notice of the situation and circumstances described in the Notice.

Please note that our company was formed subsequent to an asset acquisition from 3M Ceradyne, Inc. which closed on 2 January 2020.  Corporate records were not transferred as part of the acquisition and the serial number is not familiar to us.

As a result, and in summary, we do not believe that we have any relevant records, documents, emails, or other documentation listed in the Notice.  Should you have any questions or need additional information, please reach out to Kent Moeller at kent.moeller@avonprotectionceradyne.com.

Kind regards,

*Kent Moeller*

Kent Moeller
President
Avon Protection Ceradyne LLC

ADVANCE WITH CONFIDENCE

PLAINTIFF'S EXHIBIT
1