

AC LAW <a.clarke@aclarkelaw.com>

# Commonwealth v. Curtis Wells (Request for Brady Evidence)
3 messages

**Andrew Clarke** <a.clarke@aclarkelaw.com>                                                            Thu, Apr 23, 2020 at 7:00 AM
To: Melanie Wright <mcwright@arlingtonva.us>

Ms. Wright,

Pursuant to your Brady obligations, can you provide me, in writing, with the representation that Jaysin Dodson made on March 16, 2020 stating he was not missing a rifle plate.

Please include any Commonwealth witnesses in this matter who witnessed him make the representation.

Thank you.

This communication was brought to you by IPhone:

Andrew O. Clarke, Esquire
Andrew Clarke Law, PLLC
1712 I Street, NW (Farragut Square)
Suite 915
Washington, DC 20006
www.aclarkelaw.com
T-(202)780-9144
F-(202)747-5827
E- a.clarke@aclarkelaw.com
Licensed in Washington, DC and
The Commonwealth of Virginia

**Melanie Wright** <mcwright@arlingtonva.us>                                                           Thu, Apr 23, 2020 at 3:27 PM
To: "a.clarke@aclarkelaw.com" <a.clarke@aclarkelaw.com>

Mr. Clarke,

Pursuant to my Brady obligation, as soon as I spoke with Mr. Dodson on March 16, 2020, I informed you of his statements. On that date, I spoke with him. He informed me that he currently has a rifle plate and that he was not missing a plate. As soon as I spoke with him, I disclosed those statements to you, which fulfilled my Brady obligation.

Melanie C. Wright
Assistant Commonwealth's Attorney
Office of the Commonwealth's Attorney
1425 North Courthouse Road, Suite 5200
Arlington, Virginia 22201
Tel: (703) 228-7119
Fax: (703) 228-7116

-----Original Message-----
From: Andrew Clarke <a.clarke@aclarkelaw.com>
Sent: Thursday, April 23, 2020 7:00 AM
To: Melanie Wright <mcwright@arlingtonva.us>
Subject: Commonwealth v. Curtis Wells (Request for Brady Evidence)

EXTERNAL EMAIL

Ms. Wright,

Pursuant to your Brady obligations, can you provide me, in writing, with the representation that Jaysin Dodson made on

**PLAINTIFF'S EXHIBIT 2**

March 16, 2020 stating he was not missing a rifle plate.

Please include any Commonwealth witnesses in this matter who witnessed him make the representation.

Thank you.

This communication was brought to you by IPhone:

Andrew O. Clarke, Esquire
Andrew Clarke Law, PLLC
1712 I Street, NW (Farragut Square)
Suite 915
Washington, DC 20006
https://nam03.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.aclarkelaw.com%2F&amp;data=02%7C01%7Cmcwright%40arlingtonva.us%7Cfaa3c7b4cd9b4daf953608d7e7758116%7C803548041fdf428e9f5f5091e994cf54%7C0%7C0%7C637232364174281028&amp;sdata=5kdQ2gP8UCCoLH2HRrs2aJP6aRz7x4f%2B7pIWI8ReNzM%3D&amp;reserved=0

[Quoted text hidden]

---

**Andrew Clarke** <a.clarke@aclarkelaw.com>  Thu, Apr 23, 2020 at 3:31 PM
To: Melanie Wright <mcwright@arlingtonva.us>

Received.

Thank you.

This communication was brought to you by IPhone:

Andrew O. Clarke, Esquire
Andrew Clarke Law, PLLC
1712 I Street, NW (Farragut Square)
Suite 915
Washington, DC 20006
www.aclarkelaw.com
T-(202)780-9144
F-(202)747-5827
E- a.clarke@aclarkelaw.com
Licensed in Washington, DC and
The Commonwealth of Virginia

> On Apr 23, 2020, at 3:27 PM, Melanie Wright <mcwright@arlingtonva.us> wrote:
>