

**PLAINTIFF'S EXHIBIT 3**

# RECEIVING REPORT

(Please look in WAWF for signed copy)

| Contract Number | Delivery Order | Shipment Number | Invoice Number |
|---|---|---|---|
| W91CRB09D0001 | 0010 | CER0031 | 80009803 |

| Contract Number Type | Effective Date | Reference Procurement Identifier | ☑ Supplies ☐ Services | ☐ C.o.C. ☐ A.R.P. |
|---|---|---|---|---|
| DoD Contract (FAR) | 2009/03/30 | | | |

**Shipping Information:**

| Shipment Number | Shipment Date | Final Shipment | Inspection Point | Acceptance Point | Estimated Delivery Date |
|---|---|---|---|---|---|
| CER0031 | 2011/06/10 E | N | S | S | |

| Submit Transportation Data Later | Transportation Account Code | | | | |
|---|---|---|---|---|---|
| ☐ | | | | | |
| TCN | Serial Shipping Container Code | Transportation Method/Type | Gross Weight | Cube | FOB D |

Special Package Markings / Special Handling Requirements

| Transportation Leg | Standard Carrier Alpha Code | Bill of Lading Number | Bill of Lading Type |
|---|---|---|---|
| | Secondary Transportation Tracking Number | Secondary Transportation Tracking Type | |

Secondary Transportation Tracking Description

| Summary of Detail Level Information | Total |
|---|---|
| 1 CLIN/SLIN/ELIN(s) | $1,284,039.12 |

**Address Information:**

**Prime Contractor**
CAGE Code: 52969
Name: CERADYNE
3169 Red Hill Ave
Costa Mesa  CA  92626

**Administered By**
Code: S0513A
Name: DCMA SANTA ANA
34 CIVIC CENTER PLAZA ROOM 813A
SANTA ANA  CA  92701-4056

**Inspect By**
DoDAAC: S0513A  Extension:
Name: DCMA SANTA ANA
34 CIVIC CENTER PLAZA ROOM 813A
SANTA ANA  CA  92701-4056

**Ship To**
DoDAAC: W25G1U
Name: DDSP
New Cumberland Facility
2001 Normandy Drive, Door 113 to 134
New Cumberland  PA  17070-5002

**Payment Official**
DoDAAC: HQ0339
Name: DFAS - COLUMBUS CENTER WEST - HQ0339
WEST ENTITLEMENT OPERATIONS
PO BOX 182381
COLUMBUS  OH  43218-2381

**Issue By**
DoDAAC: W91CRB
Name: US ARMY RDECOM ACQ CTR
4118 SUSQUEHANNA AVENUE
ABERDEEN PROVING GROUND  MD  21005-3013

**Accept By**
DoDAAC: S0513A
Name: DCMA SANTA ANA
34 CIVIC CENTER PLAZA ROOM 813A
SANTA ANA  CA  92701-4056

**Line Item Information:**

| Item No | Product/Service ID | Unit Price | Unit of Issue | Qty Shipped | Amount |
|---|---|---|---|---|---|
| 0503 | 8470015207373 | $471.38 | EA | 2724 | $1,284,039.12 |

| | Qualifier | AAA | ACRN | GFE | Project Code |
|---|---|---|---|---|---|
| | FS | | | N | |

Special Package Markings / Special Handling Requirements

PR Number

# RECEIVING REPORT

(Please look in WAWF for signed copy)

| Contract Number | Delivery Order | Shipment Number | Invoice Number |
|---|---|---|---|
| W91CRB09D0001 | 0010 | CER0031 | 80009803 |

**Type Designation Method**

**Type Designation Value**

**Description**
ESAPI DESIGN VI-06

TOTAL: $1,284,039.12

## Misc. Information:

**Initiator Information**
Name: Claudia Pearson
Title: Contract Administration
Phone #: 714. 549-0421X8213
DSN:
Email: cpearson@ceradyne.com
Org Email: wawf@ceradyne.com

Date of Action: 2011/06/09 0706 MDT
Action(s): Submitted FTP, Stand Alone

Comments:

MarkFor Representative:

MarkFor Secondary:

Attachment(s):

**Inspector Information**
Name: Brian Thompson
Title: EMTS
Phone #: 949-756-0713
DSN:
Email: brian.thompson2@dcma.mil
Org Email: S0513A@DCMA.MIL

Date of Action: 2011/06/10 0835 MDT
Action(s): Block Accepted Processed via EDI

Comments:

MarkFor Representative:

MarkFor Secondary:

Attachment(s):

**System Information**
Name: WAWF System
Title: internal system updates
Phone #:
DSN:
Email: This userid should never have roles assigned
Org Email:

Date of Action: 2011/06/13 1126 MDT
Action(s): System Re-Sign

Comments: Updated the Invoice Number which relates to the Invoice created using Doc From Doc.

MarkFor Representative:

# RECEIVING REPORT

(Please look in WAWF for signed copy)

| Contract Number | Delivery Order | Shipment Number | Invoice Number |
|---|---|---|---|
| W91CRB09D0001 | 0010 | CER0031 | 80009803 |

MarkFor Secondary:

Attachment(s):