**AC LAW <a.clarke@aclarkelaw.com>**

# Brady Disclosures
2 messages

**Melanie Wright** <mcwright@arlingtonva.us>      Tue, Jun 2, 2020 at 9:00 PM
To: "a.clarke@aclarkelaw.com" <a.clarke@aclarkelaw.com>

Andrew,

Below are emails from Det. Wanek. I do not want to summarize them, so I am going to copy and paste them below. This information was given to the Commonwealth last week.

**First email:**

The purchase contract came from Aberdeen Proving Ground on or about October 3, 2009. The order was then shipped from Ceredyne in CA to New Cumberland, PA, on or about June 10, 2011, where they appear to have remained in storage awaiting deployment. I say this because LtCol Whitehead from Fort Belvoir, Product Manager for Soldier Protective Equipment, told me that plates have to be inspected before being sent to soldiers the field. There are only two places the Army does this, Sierra and Aberdeen. According to the inspection sticker on the inside of the plate, on or about August 7, 2014, our plate was inspected at the Sierra Army Depot in CA. From there, it would have probably been delivered to whatever base was set to receive them.

Im following up with LtCol Whitehead to get the shipping manifests. It's possible they contain information that shows exactly where these plates were delivered to and about what time.

Keith, correct me if I'm wrong about any of that.

**Second email:**

Correct, the authorization to purchase a bunch of ESAPI plates came from Aberdeen on Oct 3, 2009, according to the contract. Also according to the contract, the shipment left Ceredyne on or about June 10, 2011, and arrived at New Cumberland, PA. This particular plate was then inspected at Sierra Army Depot in CA on or about August 7, 2014, as per the inspection sticker on the plate.

LtCol Whitehead told me ESAPI plates are tested just prior to deployment, so her assumption is that this plate was deployed immediately after the test date. I'll call her tomorrow to confirm. I will also ask her if a 5-year time span between purchase and deployment is out of the ordinary.

**Melanie C. Wright**

Assistant Commonwealth's Attorney

Office of the Commonwealth's Attorney



PLAINTIFF'S EXHIBIT 4