

**CIF Central Issue Facility**  
UNCLASSIFIED//FOUO - Privacy Sensitive

ISM Menu  
Help  
Log Out

CIF Main Menu

JB MYER-HENDERSON HALL    Manage Stockage > Manage Existing LIN

## Manage Existing LIN

**LIN:** J85705  
**Generic Nomenclature:** INSERT ENHANCED SMALL  
**Accountable:** YES  
**Global PCS Transferable:** NO  
**Global ETS Transferable:** NO  
**Primary LIN:** N/A  
**Substitute LIN:** N/A  
**Blocked for Issue:** No  
**Default Station:**  
**Additional Alternate Stations:** N/A  

**Permitted to Issue**  
**Supported Units Permitted to Issue LIN:**  
W6F213

[Update]

Hide Associated Items  
New Search

[Update]  [Deactivate]

| NSN/MCN | TYPE | SIZE-CIC | NOMENCLATURE | UNIT PRICE |
|---|---|---|---|---|
| 8470-01-520-7360 | NSN | XS(7360) | INSRTS ENHNCD SM XS | $590.91 |
| 8470-01-520-7370 | NSN | S(7370) | INSRTS ENHNCD SM S | $590.91 |
| 8470-01-520-7373 | NSN | M(7373) | INSRTS ENHNCD SM MED | $590.91 |
| 8470-01-520-7382 | NSN | XL(7382) | INSRTS ENHNCD SM XLG | $590.91 |
| 8470-01-520-7385 | NSN | L(7385) | INSRTS ENHNCD SM LG | $590.91 |
| 8470-01-529-5664 | NSN | SMALL(5664) | INSERT,SMALL ARMS PROTECTIVE BOD | $575.26 |

**PLAINTIFF'S EXHIBIT 6**