

PLAINTIFF'S EXHIBIT

8

