# ARLINGTON COUNTY POLICE IMPOUNDING/30-DAY IMMOBILIZATION/BOOT FORM

| MAKE | YEAR | STYLE | MODEL | COLOR | INCIDENT # |
|---|---|---|---|---|---|
| Ford | 2016 | 2DR | Mustang | Black | 2020-02090158 |

**LICENSE TAG NUMBER:** | **LIC STATE:** | **LIC YEAR:**

**VIN:**
- ALPHA: F A P C F G
- NUMERIC: 1 6 8 0 5 3 0 2 2 9 6

**LOCATION WHEN IMPOUNDED:** South Gate Rd
**DATE OF IMPOUND:** 02-09-2020
**LOCATION OF TAG:** [ ] LEFT ON VEHICLE   [✓] PROPERTY / EVID   [ ] OTHER

**TIME OF IMPOUND:** 1653
**TIME OF REQUEST:** 1653
**TIME ARRIVE:** 1655

**LIEN HOLDER NOTIFIED:** [ ] YES [ ] NO [ ] NONE   **LIEN HOLDER:**   **LIEN HOLDER ADDRESS:**

**OWNER NOTIFIED:** [✓] YES [ ] NO   **NCIC CHECK:** [ ] TAG [✓] VIN   **NCIC RESULT:** [ ] STOLEN [✓] NOT STOLEN

**DRIVER NAME:** Curtis Lavar Wells JR
**DRIVER ADDRESS:**
**DRIVER TELEPHONE:**

**OWNER NAME:**   **OWNER ADDRESS:**   **OWNER TELEPHONE:**

**INVENTORIED BY:** Fuentes
**ITEMS PLACED IN PROPERTY:**

**PARKING TICKET #:**
**VEHICLE RELEASED AT THE SCENE:** [ ] YES [ ] NO
**OFFICER #:**   **DATE / TIME:**

**RELEASED SLIP ISSUED TO (Print Name):** _____
[ ] OWNER   [ ] LIEN HOLDER   [ ] INSURANCE COMPANY   [ ] OTHER   [ ] PERSON AUTHORIZED BY OWNER
**PROOF OF OWNERSHIP SHOWN:** YES [ ]   NO [ ]

**VEHICLE RECEIVED BY: (SIGNATURE)**
**RELEASED BY POLICE DEPT. PERSONNEL:**   **DATE/TIME:**

**DRIVEABLE:** [ ] YES [ ] NO   **WAS THE OPERATOR A JUVENILE:** [ ] YES [ ] NO

**30 DAY IMMOBILIZATION:** {Violation of Virginia Code 46.2-301.1(Operate a vehicle while license, learner's permit, or privilege to drive has been either (1) suspended or revoked for driving while intoxicated or for driving after being adjudicated an habitual offender, when that adjudication was based at least in part upon an alcohol-related offense; or (2) when the license has been administratively suspended pursuant to Virginia Code 46.2-391.2}   [ ] YES   [ ] NO

I certify that I have received a copy of this notice (Operator's Signature): _____

**VEHICLE DAMAGE:** (Front Side, Passenger's Side, Back Side, Driver's Side)

**SPECIAL CONDITIONS FOR RELEASE:**
[✓] ROUTINE
[ ] 30 DAY IMMOBILIZATION   [ ] OTHER _____
[ ] EVIDENCE
DET/OFF AUTHORITY TO RELEASE _____ Date _____

**LOCATION OF IGNITION KEY:**
[ ] CAR   [ ] PROPERTY   [ ] OWNER   [ ] TOW DRIVER

**VEHICLE TOWED TO:**

| PD IMPOUND LOT | CONTRACT LOT |
|---|---|
| [ ] SEIZURE | [ ] ARREST |
|  | [✓] IMPROPER REGIS. |
| [ ] EVIDENCE | [ ] PARK VIOLATION |
| In Lot [ ] | [ ] ABANDONED |
| In Bay [ ] | [ ] RECOVERED STOLEN |
|  | [ ] DEFECTIVE EQUIP. |
| [ ] NON-EVIDENCE HLD | [ ] SAFEKEEPING |
| [ ] BOOTED | [ ] THIRTY DAY IMM. |
|  | [ ] OTHER |

**DESCRIBE DAMAGE:**
**MILEAGE:**
**VALUABLES IN VIEW:**

**WRECKER DRIVER SIGNATURE:** Booted   101
**STORAGE LOT LOCATIONS:** [ ] ACPD IMPOUND LOT, 4250 S. 29th ST., (OFF S. TAYLOR ST.) ARLINGTON, VA 22204
**CONTRACT LOT:** Zone 1 (NORTH SIDE) [ ]   Zone 2 (SOUTH SIDE) [ ]

**OFFICER:** Fuentes   **DID:** 1666   **DATE:** 02-09-2020

COPY DISTRIBUTION: WHITE & GREEN & CANARY – PD OFFICE,   PINK – TOW COMPANY,
GOLDENROD – DROP IN PD LOT MAIL BOX IF VEHICLE IS TOWED TO PD LOT OR GIVE TO VEHICLE/OWNER/OPERATOR WHEN PRESENT

**EXHIBIT 1**