IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

CURTIS LEVAR WELLS, JR.,

   Plaintiff,

v.                                              Case No. 1:22-cv-00140-MSN-IDD

JAVIER FUENTES, et al.,

   Defendants.

## ORDER

This matter came before the Court on the request of the Defendants Javier Fuentes, Scott Wanek, Ashley Barnickle, Lauren Lugasi, Kimberly Soules, Austin Kline And John Vanak ("Defendants ACPD Officers"), for permission to file a flash drive containing a video with audio with the Clerk of the Court in the above-captioned matter.

IT APPEARING TO THE COURT THAT the Defendants ACPD Officers filed Briefs in Support of their Motion to Dismiss (ECF Doc. 59, 61, and 63);

IT FURTHER APPEARING TO THE COURT THAT an exhibit to that Brief, Exhibit 1, is video with audio;

IT FURTHER APPEARING TO THE COURT THAT for good cause shown the relief provided herein should be granted;

IT IS HEREBY ORDERED that the Defendants ACPD Officers' Motion for Leave to file a video with audio Exhibit is GRANTED;

IT IS FURTHER ORDERED that Exhibit 1 to the Defendants ACPD Officers' Brief in Support of Motion to Dismiss is permitted to be filed with the Clerk of the Court on a flash drive and is to be added to the record of the case once received by the Court.

SO ORDERED,

ENTER: 12/6/22

BY: /s/ Michael S. Nachmanoff
United States District Judge
Judge

2