# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## (Alexandria Division)

| | |
|---|---|
| **CURTIS LEVAR WELLS, JR.,** <br> Plaintiff, | ) <br> ) <br> ) |
| v. | )    Case No.    1:22-cv-00140-MSN-IDD <br> ) |
| **JAVIER FUENTES,** et al., <br> Defendants | ) <br> ) <br> ) |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff Curtis Levar Wells, Jr., appeals to the United States Court of Appeals for the Fourth Circuit from the Memorandum Opinion and Order entered June 2, 2023, granting Defendants' Motions to Dismiss and Denying Plaintiff's Motion to Strike. (Dkt. No. 94).

**Dated June 9, 2023.**

                                                             Respectfully submitted,

                                                             Curtis Wells,

                                                             By: /s/ Matthew A. Crist <br>
                                                             Counsel

                                                             Matthew A. Crist, VSB No. 85922 <br>
                                                             mcrist@MACPLLC.net <br>
                                                             Matthew A. Crist, PLLC <br>
                                                             10432 Balls Ford Rd., Suite 300 <br>
                                                             Manassas, VA 20109 <br>
                                                             (571) 551-6859 <br>
                                                             ***Counsel for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify on this day, June 9, 2023, that the foregoing paper was filed and served with the Clerk of Court via the Court's CM/ECF system, which will send notice of such filing to all registered users.

                                        /s/ Matthew A. Crist
                                        Matthew A. Crist
                                        ***Counsel for Plaintiff***